## MULTIMEDIA PATENT TRUST, Plaintiff–Appellant,

v.

## APPLE INC., LG Electronics, Inc., LG Electronics Mobilecomm U.S.A., Inc., and LG Electronics U.S.A., Inc., Defendants–Appellees.

### No. 2013–1620.

United States Court of Appeals, Federal Circuit.

July 17, 2014.

Kathleen M. Sullivan, Quinn Emanuel Urquhart & Sullivan, LLP, of New York, NY, argued for plaintiff-appellant. With her on the brief were Sanford I. Weisburst; Philip C. Sternhell, of Washington, DC; and Frederick A. Lorig, Susan R. Estrich, Christopher A. Mathews, and Bruce R. Zisser, of Los Angeles, CA.

Gregory A. Castanias, Jones Day, of Washington, DC, argued for defendant-appellee Apple Inc. With him on the brief were Jennifer L. Swize; William C. Rooklidge, of Irvine, CA; and Marron A. Mahoney, of Chicago, IL.

Justin Barnes, Fish & Richardson P.C., of San Diego, CA, argued for defendants-appellees LG Electronics, Inc., et al. With him on the brief were Lara S. Garner; Michael J. McKeon, of Washington, DC; and Frank P. Porcelli, of Boston, MA. Of counsel were Francis J. Albert, and Juanita Rose Brooks, of San Diego, CA; Richard Alex Sterba, of Washington, DC; and Kelly Catherine Hunsaker, of Redwood City, CA.

LOURIE, MOORE, and CHEN, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED.

**AFFIRMED.** *See* Fed. Cir. R. 36.